COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER OF REINSTATEMENT

Appellate case name:         Troy E. Hollins v. The State of Texas

Appellate case number:      01-22-00776-CR

Trial court case number:     CR2020-054

Trial court:                       207th District Court of Comal County

A jury convicted appellant, Troy E. Hollins, on two counts of the offense of engaging in organized criminal activity, and the trial court assessed his punishment at confinement for eighty years. Appellant filed a notice of appeal on September 1, 2022. On January 6, 2023, appellant's counsel, Paul Morgan, filed two motions with the Court, including a Motion to Withdraw and Motion to Abate and Remand.

According to the motions, a "conflict recently arose between Appellant and undersigned counsel." The motions further stated that the "trial court held a hearing on January 4, 2023 to determine if undersigned counsel may be permitted to withdraw as appellate counsel and whether Appellant qualifies for appointed appellate counsel." However, because the appellate record has been filed with this Court, the "trial court is unable to appoint . . . counsel to represent Appellant on appeal because the trial court currently lacks jurisdiction to do so." *See* TEX. R. APP. P. 25.2(g).

Accordingly, counsel requested that this Court abate the appeal and remand to the trial court to determine: (1) whether Appellant wishes to continue prosecuting his appeal; (2) whether to grant counsel's motion to withdraw; and (3) whether Appellant is entitled to appointment of new counsel. On January 18, 2023, Morgan filed a notice with this Court, confirming that he delivered the Motion to Withdraw and Motion to Abate and Remand to appellant, via both certified mail and first-class mail, and further that appellant had received the motions. *See* TEX. R. APP. P. 6.5(b).

On January 19, 2023, the Court granted the motion and abated the appeal for the trial court to hold a hearing to consider the issues raised in counsel's motion. On February 7, 2023, a supplemental clerk's record was filed with the Court. The supplemental clerk's record included an "Order Appointing Appellate Counsel," signed by the trial court on January 23, 2023. In its order, the trial court granted the motion to withdraw filed by Paul

Morgan in the trial court. The trial court further found that appellant is indigent, and appointed Kurt Hopke as appellate counsel for appellant.

Based on the supplemental clerk's record and the trial court's January 23, 2023 order, we **reinstate** the appeal on the Court's active docket and **grant** Paul Morgan's motion to withdraw as appellant's appellate counsel. The Clerk of this Court is directed to note the withdrawal of Morgan and substitute Kurt Hopke as appellant's lead counsel in the Court's records. *See* TEX. R. APP. P. 6.5(d). Hopke's contact information is:

Kurt Hopke
Texas Bar No. 24039931
20540 Highway 46 West
Suite 115-213
Spring Branch, Texas 78070
(T) 832-457-8702
(F) 832-413-5785
kurthopke@gmail.com

We further order that appellant's brief is due within thirty days of the date of this order.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
☑ Acting individually   ☐ Acting for the Court

Date: ___February 14, 2023_____

2